1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St., Ste 650
   Oakland, CA 94607
4  Tel. 510-637-3500

5  Counsel for Defendant FOSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.  CR 06-00363-DLJ |
| Plaintiff, | ) | CR 98-40190-DLJ |
| | ) | CR 03-40042-DLJ |
| v. | ) | |
| | ) | STIPULATION FOR CONTINUANCE |
| PATRICK GREGORY FOSTER, | ) | OF SENTENCING; **ORDER** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the SENTENCING HEARING date of October 12, 2007, scheduled at 10:00 a.m., before the Honorable D. Lowell Jensen, be vacated and reset for October 19, 2007 at 10:00 a.m.

The reasons for this continuance are as follows:  The defense has one additional out-of-state witness to speak with, and hopefully acquire a statement from, before sentencing.

//

- 1 -

The Probation Officer has been consulted and does not object to the suggested date.

DATED:  October 11, 2007                                                    /S/

KESLIE STEWART
Assistant United States Attorney

DATED:  October 11, 2007

/S/

JOHN PAUL REICHMUTH
Assistant Federal Public Defender

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the SENTENCING HEARING date of October 12, 2007, scheduled at 10:00 a.m, be vacated and reset for October 19, 2007 at 10:00 a.m.

Date: October 12, 2007

HON. D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE